D. H. M. INDUSTRIES, INC., A NEW JERSEY CORPORATION, PLAINTIFF-RESPONDENT, v. CENTRAL PORT WAREHOUSES, INC., A NEW JERSEY CORPORATION, AND CORBIN-BAY REALTY CORP., A NEW JERSEY CORPORATION, DEFENDANTS-THIRD PARTY PLAINTIFFS-RESPONDENTS, D. H. OVERMYER, CO., INC., A NEW JERSEY CORPORATION, AND D. H. OVERMYER CO., INC., AN OHIO CORPORATION, THIRD PARTY DEFENDANTS-APPELLANTS.

Argued March 19, 1974—Decided April 2, 1974.

*Mr. Burton T. Cohen,* argued the cause for appellant (*Walter Henry Jones,* attorney).

*Mr. David J. Goldberg,* argued the cause for respondent D. H. M. Industries, Inc. (*Messrs. Warren, Goldberg & Berman,* attorneys).

PER CURIAM. The judgment of the Appellate Division is affirmed substantially for the reasons expressed in the majority's per curiam opinion.

*For affirmance*—Chief Justice HUGHES and Justices HALL, MOUNTAIN, SULLIVAN, PASHMAN and CLIFFORD—6.

*For reversal*—None.